```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YOVANNY DOMINGUEZ,                                          :
                                                            :
                              Plaintiff,                    :
                                                            :                   19-CV-11943 (VSB)
              -against-                                     :
                                                            :                        ORDER
TROPIX BAR AND LOUNGE, INC.,                                :
                                                            :
                              Defendant.                    :
                                                            :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 31, 2019, (Doc. 1), and filed an affidavit of service on January 28, 2020, (Doc. 8). Defendant appeared on January 22, 2020, and requested an extension until March 1, 2020 to respond to the complaint. (Docs. 5–6.) I granted this request. (Doc. 7.) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action—in over a year—to prosecute this case. Plaintiff is directed to inform me by July 22, 2021, why I should not dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 16, 2021
              New York, New York

                                                      _____
                                                      VERNON S. BRODERICK
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2021