UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOVANNY DOMINGUEZ, for himself and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> –against– <br><br> TROPIX BAR & LOUNGE, INC., <br><br> Defendant. | 19 CV 11943 (VSB) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice, against the defendant.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Dated:  New York, New York          Facsimile: (212) 229-2246
        July 19, 2021               **ATTORNEYS FOR PLAINTIFF**